MIKE JOSEPH UZELAC, Appellant, v. THE STATE OF NEVADA, Respondent.

No. 10882

June 12, 1981                                    628 P.2d 1125

*Howard Ecker,* Las Vegas, for Appellant.

*Richard H. Bryan,* Attorney General, Carson City, and *Robert J. Miller,* District Attorney, Clark County, for Respondent.

**OPINION**

*Per Curiam:*

For the reasons set forth in Bernier v. State, 96 Nev. 670, 614 P.2d 1079 (1980), we reverse the judgment of conviction entered against appellant by the district court.

Reversed and remanded.